IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL BOVA, JEREMY HARRIS, individually and on behalf of all others similarly situated, and CLARITY HCM, LLC, a Florida limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> PAYLOCITY HOLDING CORPORATION, a Delaware corporation, and PAYLOCITY CORPORATION, an Illinois corporation, <br><br> Defendants. | Case No. 1:22-cv-04506 <br><br> Judge <br><br> Magistrate Judge |

## NOTIFICATION AS TO AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and N.D. Ill. LR 3.2, Defendants Paylocity Holding Corporation and Paylocity Corporation, by and through their counsel, hereby submit this notification as to affiliates.

1. The following individuals or entities own 5% or more of Paylocity Corporation:

    a. Steve Sarowitz

    b. T. Rowe Price Associates, Inc.

    c. Blackrock, Inc.

    d. The Vanguard Group.

2. After a diligent review, there are no individuals or entities owning 5% or more of Paylocity Holding Corporation.

| | |
|---|---|
| Dated: August 24, 2022 | Respectfully submitted,<br><br>PAYLOCITY HOLDING CORPORATION<br>and PAYLOCITY CORPORATION<br><br>By:  /s/ Debbie L. Berman<br>     *One of their attorneys*<br><br>Debbie L. Berman (#6205154)<br>Peter J. Brennan (#6190873)<br>Hope H. Tone-O'Keefe (#6330548)<br>Katherine M. Funderburg (#6329702)<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, Illinois 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br>DBerman@jenner.com<br>PBrennan@jenner.com<br>HToneOKeefe@jenner.com<br>KFunderburg@jenner.com |

**CERTIFICATE OF SERVICE**

I, Debbie L. Berman, hereby certify that a true and correct copy of the foregoing Notification as to Affiliates was served this 24th day of August, 2022, upon the following recipients via U.S. Mail:

        Margherita M. Albarello
        Brittany N. Bermudez
        GOLAN CHRISTIA TAGLIA LLP
        70 W. Madison Street, Suite 1500
        Chicago, Illinois 60602
        Telephone: (312) 263-2300
        mmalbarello@gct.law
        bnbermudez@gct.law

        /s/ *Debbie L. Berman*