

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                                    **312-435-5670**
**Clerk**

8/25/2022

Margherita Maria Albarello
Golan Christie Taglia LLP
70 W. Madison, Suite 1500
Chicago, IL 60602

RE:     Bova et al v. Paylocity Holding Corporation et al
USDC Case Number: 1:22-cv-04506

Dear Counselor:

The records of this office indicate that on 8/25/2022 a notice of removal pursuant to 28 USC
1441 et seq. was filed with this court in connection with the above referenced matter.  The notice
lists the circuit court case number as 2022-CH-07403. The documents filed with the notice of
removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an
appearance form be filed by an attorney who intends to represent a party in any proceeding
before this Court. For your convenience, a copy of this form is located on the District Court
website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

                                                    Sincerely,
                                                    Thomas G. Bruton, Clerk


                                            By: /s/ Jennifer Kuldanek_____
                                                    Deputy Clerk



Enclosure




Rev. 09/23/2016